**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| MICHAEL JONES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 6:26-cv-00562-LS |
| | ) | |
| SPRING OAKS CAPITAL, LLC ET AL | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC**

COMES NOW Plaintiff, by and through his attorneys, and hereby dismisses, with prejudice, Defendant National Credit Adjusters, LLC pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**HALVORSEN KLOTE DAVIS**

By: /s/ Joel S. Halvorsen

Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO 63141

P: (314) 451-1314

F: (314) 787-4323
joel@hkdlawstl.com
*Attorneys for Plaintiff*